CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 15 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 4:04CV00018<br>:<br>: |
| (1) 504 30TH AV., MYRTLE BEACH SC<br>(2) LOT 2A 2500 SHULA DR.., HURT, VA<br>(3) 4301 JASMINE DR.., SANDY LEVEL, VA<br>(4) 1700 ELKHORN LAKE ROAD, JAVA, VA<br>(5) 210 HUNTING RIDGE DR., HURT, VA<br>(6) 11.874 ACRES IN BEDFORD CO., VA<br>(7) 2.97 ACRES IN BEDFORD CO., VA<br>(8) 1999 GMC YUKON<br>(9) 2002 GMC ENVOY<br>(10) 2003 CADILLAC ESCALADE<br>ANY AND ALL PROCEEDS THEREFROM<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFAULT JUDGMENT AND
## ORDER OF FORFEITURE AS TO CERTAIN DEFENDANT PROPERTIES

On March 3, 2004, a Verified Complaint for Forfeiture was filed on behalf of the United States of America against certain real and personal properties and any and all proceeds therefrom.

The Verified Complaint alleges that the defendant properties were used, or intended to be used, to facilitate violations of 21 U.S.C. § 801 et seq. and/or represent proceeds therefrom, and are therefore subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7), and further alleges that some of the defendant properties were involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

**IT APPEARING TO THE COURT THAT**:

Process was fully issued in this action and returned according to law;

On November 1, 2004, notice of this action was published in the *Roanoke Times*, a newspaper of general circulation in this district;

That the United States sent notice via certified mail to the following persons:

| | | |
|---|---|---|
| Greg Phillips, Esquire<br>Counsel for Jarrett Doss<br>111 E. Clay Street<br>Salem, VA 24153 | Bobby B. Doss<br>P.O. Box 842<br>Gretna, VA 24557 | Shirland Fitzgerald<br>1080 Riverside Drive<br>Danville, VA 24541 |
| Crystal Tuck<br>P.O. Box 6<br>Penhook, VA 24137 | Suzanne Edwards<br>1102 Commonwealth Ave<br>Altavista, VA 24517 | Jarrett K. Doss<br>1102 Commonwealth Ave.<br>Altavista, VA 24517 |
| Michael V. Henderson<br>Roanoke City Jail<br>324 Campbell Ave.<br>Roanoke, VA | Darren Scott Haley, Esq.<br>Counsel for Henderson<br>1007 Pendleton Street<br>Greenville, SC 29601 | Sharon Adkins<br>Adkinson Truck Sales<br>11541 U.S. 29<br>Chatham, VA 24531<br>(Mother of Michael Henderson) |

No person or entity has served any claim or pleading or notice of appearance in response to the Notice or Complaint for Forfeiture herein, as to Defendant properties Nos (2), (4), (5), (6) and (7), and the time for filing a claim and answer having expired;

The only persons to have filed a claim are Suzanne Edwards as to Defendant Properties Nos. (1) and (3), and Shirland Fitzgerald as to Defendant Properties Nos (8), (9) and (10);

The Clerk of Court has entered default against Jarrett K. Doss a/k/a Jarod Doss, Bobby B. Doss, Michael V. Henderson II, Crystal Tuck, any and all other persons and/or entities for failure to file a claim within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims as to any of the Defendant properties;

**WHEREFORE IT IS HEREBY ORDERED** that a Default Judgment is entered against

2

Jarrett K. Doss a/k/a Jarod Doss, Bobby B. Doss, Michael V. Henderson, Crystal Tuck, and any and all other persons and/or entities having an interest in the defendant properties for failure to file a claim or answer, or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

**IT IS HEREBY FURTHER ORDERED** that Defendant properties Nos (2), (4), (5), (6) and (7), any and all interest therefrom and the proceeds from the sale thereof, are hereby forfeited and title vested in the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7) and 18 U.S.C. § 981(a)(1)(A), as these properties represent proceeds of a violation of 21 U.S.C. § 801 et seq., and/or were used to facilitate a violation thereof and/or were involved in a violation of 18 U.S.C. § 1956. No right, title or interest in these properties shall exist in Jarrett K. Doss a/k/a Jarod Doss, Bobby B. Doss, Michael V. Henderson II, nor any other person or entity. The forfeited properties shall be disposed of according to law, subject only to any expenses attributable to the seizure and forfeiture. The forfeited properties are described as:

(2)                             Titled Owner: Jarrett K. Doss
**Lot 2A, known as 2500 Shula Drive, Hurt, Virginia**
Tax Parcel No. 20-A-49-5

ALL that certain lot or parcel of land situated, lying and being in Staunton River Magisterial District, Pittsylvania County, Virginia, and containing 1.113 acres as per plat of survey dated July 5, 1977 by John D. Jacobs, C.L.S., fronting 210.53 feet on State Route 642, a copy of which plat is duly recorded in Deed Book 637 Page 711 in the Clerk's Office of the Circuit Court of Pittsylvania County, reference thereto being expressly made for a more particular description thereof, all improvements thereon, including a manufactured home, VIN HWC023778.

**BEING** the same property conveyed to JARRETT K. DOSS, from Darlene T. Roach and Phillip Edward Thomas, being the sole heirs at low of Julian Edward Thomas, by Deed dated October 14, 2002, in the Circuit Court Clerk's Office of Pittsylvania County, Virginia in Deed Book 1329, Page 198.

(4)                             Titled Owner: Michael Vaughan Henderson II

3

**1700 Elkhorn Lake Road, Java, Virginia**
Tax Pin: 090A0-01-0D-0002-0 and 09000-0A-00-0024-F

All that certain lot or parcel of land, together with improvements thereon, including a manufactured home - VIN RAD868172, and appurtenances thereunto belonging, situate in Pittsylvania County, Virginia, and more particularly described as follows:

BEGINNING at a point in the southern margin of the right of way of State Road No. 686, common front corner between Lot No. 2, and Lot No. 3, as shown on Plat by Fred O. Shanks, Jr., Certified Land Surveyor, dated July 27, 1973, as revised October 11, 1973, recorded in the Clerk's Office of the Circuit Court of Pittsylvania County, Virginia, in Map Book 26, at page 78, which point is also shown on Map of Lands for Aubrey F. Boles and Faye G. Boles, dated July 11, 1975, recorded in the aforesaid Clerk's Office in Deed Book 607, at page 25; thence as per map recorded in Deed Book 607, at page 25, S. 11° 31' 31" E. 198.85 feet to point designated Point "B" on said map; thence with lands now or formerly of Piedmont Builders, Inc., S. 9° 38' 23" E. 530.44 feet to a point designated "A" on said map; thence with the lands of Boles, N. 55° 05' W. 466.21 feet to a point; thence N. 59° 57' W. 12.07 feet to the center line of a farm road; thence along the centerline of said farm road as shown on said map, N 7° 34' 00" E. 209.72 feet, more or less, to iron in the center of said farm road marking the southwestern most rear corner of Lot No. 1 on the above referred-to map recorded in Map Book 26, at page 78; thence along the rear line of Lot 1, as shown on said map recorded in Map Book 26, at page 78, N. 82° 49' 53" E. (calls reversed) 159.64 feet to iron marking common rear corner of Lot No. 1 and Lot No. 2 on said map; thence along the dividing line between Lot No. 1 and Lot No. 2, as shown on the above-referred to map recorded in Map Book 26, at page 78, N. 11° 31' 31" W. 200.00 feet to iron in the southern margin of the right of way of State Road 686; thence along said margin of said right of way of said road, N. 79° 52' 05" E. 120.00 feet to an iron, the point and place of beginning.

**BEING** the same property conveyed to MICHAEL VAUGHAN HENDERSON, II, from Janice Nowlin Cannella, by Deed dated April 4, 2002, in the Circuit Court Clerk's Office of Pittsylvania County, Virginia in Deed Book 1297, Page 048.

(5)          Titled Owner: Jarod Doss
**210 Hunting Ridge Drive, Hurt, Virginia**
Tax ID # 33-11-7

All improvements situated thereupon and belonging thereunto, including a

4

manufactured home - VIN NTA559068, lying and situate in Staunton River Magisterial District in Pittsylvania County, Virginia, Situated off of the southern side of State Route 642, more particularly described as follows, to-wit;

Tract #7, containing 5.001 acres, more or less, fronting on Hunting Ridge Drive which leads off County Route 642, as shown on Survey entitled, "Hunting Ridge", dated October 3rd., 1997, prepared by Mundy & Associates of Rocky Mount, Virginia, signed by Philip H. Mundy, Cert.# 1760, recorded in Map Book 43, Page 192 J, in the Office of the Clerk of the Circuit Court of Pittsylvania County, Virginia, to which specific reference is hereby made.

**BEING** the same property conveyed to JAROD DOSS, from The Ground Connection, LTD, acting through its President, Carolyn P. Pritchard, Donnie R. Overstreet and Tara K. Overstreet, by Deed dated September 18, 2002, in the Circuit Court Clerk's Office of Pittsylvania County, Virginia in Deed Book 1337, Page 393.

(6)      Titled Owners: Jarrett K. Doss and Bobby B. Doss
**11.874 Acres Sky Pointe Subdivision, Bedford County, Virginia**
<u>Tax Map #242-A-32-A</u>

Certain lot or parcel of land, together with improvements thereon and appurtenances thereunto belonging, lying and being in the county of Bedford, Virginia, and more particularly described as follows, to-wit:

A parcel containing 11.874 acres, more or less, known as Sky Pointe Subdivision, according to plats of survey dated September 14, 2001, and survey dated April 19, 2002, by B.R. Shrader, Land Surveyor, recorded in Bedford County Clerk's Office in Plat Book 41, page 313, and Plat Book 42, page 83.

**BEING** the same property conveyed to JARRETT K. DOSS AND BOBBY B. DOSS and ANDREW B. ANDREWS, from David W. Huffman, by Deed dated August 7, 2002, in the Circuit Court Clerk's Office of Bedford County, Virginia as Instrument No. 020019370.

**BEING** the same property conveyed to JARRETT K. DOSS AND BOBBY B. DOSS, from Andrew B. Andrews, by Deed dated October 28, 2002, in the Circuit Court Clerk's Office of Bedford County, Virginia as Instrument No. 020019371.

(7)      Titled Owner: Bobby B. Doss
**2.97 acres designated as Lot 2C, High Point Subdivision, Bedford County, VA**

5

Tax ID # 232A1 2 2C

Lying and being in Lakes Magisterial District in Bedford County, Virginia, and being more particularly bounded and described as follows, to-wit:

All of the certain lot or parcel of land containing 2.97 acres and designated as Lot 2C, according to certain plat or survey entitled, "Plat Showing Re-subdivision of Tract 2 High Point Subdivision Section 8....," made by Buford T. Lumsden & Associates by plat dated January 29, 1980, and or record in the Office of the Clerk of the Circuit Court of Bedford County, Virginia, in Plat Book 21, at page 299.

**BEING** the same property conveyed to BOBBY B. DOSS, from Kenneth R. Potter, by Deed dated September 9, 2002, in the Circuit Court Clerk's Office of Bedford County, Virginia as Instrument No. 030003545.

**IT IS FURTHER ORDERED** that as to the forfeited property described above as **(2)**, a certified copy of this Order shall be recorded in the Circuit Court Clerk's Office of Pittsylvania County, Virginia, in the name of the **United States of America, as grantee** and in the name of **Jarrett K. Doss, as grantor**. Said recordation shall be cross referenced in release of the Notice of Lis Pendens recorded on or about April 7, 2004, in Book 1425, Page 866.

It is further **ORDERED** that as to the forfeited property described above as **(4)**, a certified copy of this Order shall be recorded in the Circuit Court Clerk's Office of Pittsylvania County, Virginia, in the name of the **United States of America, as grantee** and in the name of **Michael Vaughn Henderson II, as grantor**. Said recordation shall be cross referenced in release of the Notice of Lis Pendens recorded on or about April 7, 2004, in Book 1425, Page 860.  **IT IS FURTHER ORDERED** that as to the forfeited property described above as **(5)**, a certified copy of this Order shall be recorded in the Circuit Court Clerk's Office of Pittsylvania County, Virginia, in the name of the **United States of America, as grantee** and in the name of **Jarod Doss, as grantor**. Said recordation shall be cross referenced in release of the Notice of Lis Pendens recorded on or about April 7, 2004, in Book 1425, Page 856.

6

**IT IS FURTHER ORDERED** that as to the forfeited property described above as **(6)**, a certified copy of this Order shall be recorded in the Circuit Court Clerk's Office of Bedford County, Virginia, in the name of the **United States of America, as grantee** and in the names of **Jarrett K. Doss and Bobby B. Doss, as grantors**. Said recordation shall be cross referenced in release of the Notice of Lis Pendens recorded on or about April 7, 2004, as Instrument No. 040003271.

**IT IS FURTHER ORDERED** that as to the forfeited property described above as **(7)**, a certified copy of this Order shall be recorded in the Circuit Court Clerk's Office of Bedford County, Virginia, in the name of the **United States of America, as grantee** and in the name of **Bobby B. Doss, as grantor**. Said recordation shall be cross referenced in release of the Notice of Lis Pendens recorded on or about April 7, 2004, as Instrument No. 040003272.

As there has been no waiver of sovereign immunity in this case, it is further **ORDERED** that the United States of America is exempt from payment of state and local taxes on the defendant real property from the date of entry of this Order until such time as the United States disposes of the property. United States v. City of Adair, Iowa, 539 F.2d 1185, 1189, (8th Cir. 1976), and the United States is exempt from the recordation tax pursuant to Va. Code Ann. § 58.-811 (A) 3.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. Section 524(c)(10) that the Attorney General is authorized, at his authority, to warrant clear title to any subsequent purchaser or transferee of such forfeited property. Said authority has been redelegated to the U.S. Marshals Service pursuant to 28 C.F.R. Section 0.111(I) and 28 C.F.R. Section 0.156.

The claims of Suzanne Edwards as to Defendant Properties Nos. (1) and (3), and Shirland

Fitzgerald as to Defendant Properties Nos (8), (9) and (10) remain pending before the Court.

The Clerk of this Court shall certify three copies of this Order to the U.S. Attorney's Office, Asset Forfeiture Section, Post Office Box 1709, Roanoke, Virginia 24008-1709, and shall certify copies to counsel of record

ENTERED THIS __15th__ DAY OF __July__, 2005.

_____
UNITED STATES DISTRICT JUDGE

8